**UNGAR v. HIGGINS, Collector of Internal Revenue, et al.**

District Court, S. D. New York.
Feb. 23, 1939.

Carl Mager, of New York City, for plaintiff.

Gregory F. Noonan, U. S. Atty., of New York City (Myles J. Lane, of New York City, of counsel), for defendants.

COXE, District Judge.

I think it is too clear even for argument that this complaint does not state a cause of action against the Collector. The plaintiff is a mere judgment creditor of the taxpayer, and in no position to challenge the seizure. I do not believe, either, that the plaintiff has any standing to maintain a suit to recover taxes erroneously collected from a third party.

The motion of the defendant to dismiss the complaint for insufficiency is granted.